James L. Sanders (SBN 126291)
Email: jsanders@reedsmith.com
Carla M. Wirtschafter (SBN 292142)
Email: cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Attorneys for Defendants
ARMINAK & ASSOCIATES, LLC,
RIEKE-ARMINAK CORPORATION,
DAVID PRITCHETT, WILLIAM D. KENT
(sued as BILL KENT), MARK BOX
and JUDY BARANOWSKI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELGA ARMINAK, an individual; ARMIN ARMINAK, an individual; and ROGER ABADJIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMINAK & ASSOCIATES, LLC, a Delaware limited liability company; RIEKE-ARMINAK CORPORATION, a Delaware Corporation; DAVID PRITCHETT, an individual; BILL KENT, an individual; MARK BOX, an individual; JUDY BARANOWSKI, an individual; and Does 1 through 10, inclusive,<br><br>Defendants. | Case Number: 2:16-cv-3519<br><br>[Removal From Superior Court of California, County of Los Angeles, Case No. BC610351]<br><br>**DEFENDANT DAVID PRITCHETT'S NOTICE OF LODGING OF EXHIBIT A, PART 1 TO NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1332(a) AND 28 U.S.C. § 1441(b)**<br><br>Complaint Filed: February 16, 2016 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS HELGA ARMINAK, ARMIN ARMINAK AND ROGER ABADJIAN AND THEIR ATTORNEYS OF RECORD:**

In compliance with 28 U.S.C. § 1446(a), attached to the notice of removal filed concurrently herewith attached hereto is Exhibit A, Part 1, a true copy of the Complaint and accompanying documents.

DATED: May 20, 2016

REED SMITH LLP

By: /s/ James L. Sanders

James L. Sanders
Carla M. Wirtschafter
Attorneys for Defendants
Arminak & Associates, LLC,
Rieke-Arminak Corporation, David
Pritchett, William D. Kent, Mark
Box and Judy Baranowski