1 | James L. Sanders (SBN 126291)
Email: jsanders@reedsmith.com
2 | Carla M. Wirtschafter (SBN 292142)
Email: cwirtschafter@reedsmith.com
3 | REED SMITH LLP
1901 Avenue of the Stars, Suite 700
4 | Los Angeles, CA 90067-6078
Telephone: +1 310 734 5200
5 | Facsimile: +1 310 734 5299

6 | Attorneys for Defendants
ARMINAK & ASSOCIATES, LLC,
7 | RIEKE-ARMINAK CORPORATION,
DAVID PRITCHETT, WILLIAM D. KENT
8 | (sued as BILL KENT), MARK BOX
and JUDY BARANOWSKI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELGA ARMINAK, an individual; ARMIN ARMINAK, an individual; and ROGER ABADJIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMINAK & ASSOCIATES, LLC, a Delaware limited liability company; RIEKE-ARMINAK CORPORATION, a Delaware Corporation; DAVID PRITCHETT, an individual; BILL KENT, an individual; MARK BOX, an individual; JUDY BARANOWSKI, an individual; and Does 1 through 10, inclusive,<br><br>Defendants. | Case Number:<br><br>[Removal From Superior Court of California, County of Los Angeles, Case No. BC610351]<br><br>**DEFENDANT DAVID PRITCHETT'S NOTICE OF LODGING STATE COURT FILES AND PAPERS CONCURRENTLY WITH HIS NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1332(a) AND 28 U.S.C. § 1441(b)**<br><br>Complaint Filed: February 16, 2016 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No: – 1 –
DEFENDANT DAVID PRITCHETT'S NOTICE OF LODGING STATE COURT FILES AND PAPERS CONCURRENTLY WITH HIS NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1332(a) AND 28 U.S.C. § 1441(b)

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS HELGA ARMINAK, ARMIN ARMINAK AND ROGER ABADJIAN AND THEIR ATTORNEYS OF RECORD:**

In compliance with 28 U.S.C. § 1446(a), and in addition to Exhibit A, attached to the notice of removal filed concurrently herewith, the following papers and processes have been filed by or served on Defendants in this action:

1. On March 15, 2016, Arminak LLC filed a 170.6 Preemptory Challenge. Attached hereto as **Exhibit B** is a true and correct copy of Arminak LLC's Preemptory Challenge.

2. On March 23, 2016, Arminak LLC and Kent filed a Motion to Dismiss Plaintiffs Helga Arminak, Armin Arminak and Roger Abadjian's ("Plaintiffs") Complaint for Forum Non Conveniens. Attached hereto as **Exhibit C** is a true and correct copy of Arminak LLC and Kent's Motion to Dismiss for Forum Non Conveniens and accompanying documents.

3. On March 25, 2016, Plaintiffs filed a Request for Entry of Default against Bill Kent, which was rejected by the Court. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Request for Entry of Default Against Bill Kent.

4. Also on March 25, 2016, Plaintiffs filed a Request for Entry of Default against Rieke-Arminak Corporation, which was rejected by the Court. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs' Request for Entry of Default Against Rieke-Arminak Corporation.

5. On March 29, 2016, Rieke filed a notice of Joinder in Arminak LLC and Kent's Motion to Dismiss for Forum Non Conveniens. Attached hereto as **Exhibit F** is a true and correct copy of Rieke's Joinder.

6. On April 4, 2016 Plaintiffs filed a Motion for Preliminary Injunction. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiffs' Motion for Preliminary Injunction and accompanying documents.

7. On April 7, 2016, Plaintiffs filed a Request for Entry of Default against Mark Box, which entered by the Court. Attached hereto as **Exhibit H** is a true and correct copy of Plaintiffs' Request for Entry of Default Against Mark Box.

8. On April 11, 2016, Box filed a notice of Joinder in Arminak LLC and Kent's Motion to Dismiss for Forum Non Conveniens. Attached hereto as **Exhibit I** is a true and correct copy of Box's Joinder.

9. On April 14, 2016, Defendants Arminak LLC, Rieke, Kent and Box applied *ex parte* for an Order advancing the hearing date on their Motion to Dismiss for Forum Non Conveniens to a date earlier that the hearing date for Plaintiffs' Motion to Dismiss.  Attached hereto as **Exhibit J** is a true and correct copy of Defendants Arminak LLC, Rieke, Kent and Box's *ex parte* application and accompanying documents.

10. On April 19, Baranowski filed a notice of Joinder in Arminak LLC and Kent's Motion to Dismiss for Forum Non Conveniens. Attached hereto as **Exhibit K** is a true and correct copy of Baranowski's Joinder.

11. On April 25, 2016 Defendant Box filed a Motion to Set Aside the Clerk's Entry of Default. Attached hereto as **Exhibit L** is a true and correct copy of Box's Motion to Set Aside the Clerk's Entry of Default.

12. On April 29, 2016 Defendants Arminak LLC, Rieke, Kent, Baranowski and Box applied *ex parte* for an Order staying discovery pending a ruling on their Motion to Dismiss for Forum Non Conveniens.  Attached hereto as **Exhibit M** is a true and correct copy of Defendants Arminak LLC, Rieke, Kent, Baranowski and Box's *ex parte* application and accompanying documents.

13. On April 29, 2016 Plaintiffs file an opposition to Defendants Arminak LLC, Rieke, Kent, Baranowski and Box *ex parte* application for an Order staying discovery pending a ruling on their Motion to Dismiss for Forum Non Conveniens. Attached hereto as **Exhibit N** is a true and correct copy of Plaintiffs' Opposition to

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Defendants Arminak LLC, Rieke, Kent, Baranowski and Box's *ex parte* application and accompanying documents.

14. The documents attached as Exhibits A-N constitute all of the papers and processes that have been filed by or served on Defendants in this action. Defendants have therefore satisfied the requirements of 28 U.S.C. § 1446(a).

DATED: May 20, 2016                           REED SMITH LLP

By: /s/ James L. Sanders
James L. Sanders
Carla M. Wirtschafter
Attorneys for Defendants
Arminak & Associates, LLC,
Rieke-Arminak Corporation, David
Pritchett, William D. Kent, Mark
Box and Judy Baranowski

Case No:                           – 4 –