James L. Sanders (SBN 126291)
Email: jsanders@reedsmith.com
Carla M. Wirtschafter (SBN 292142)
Email: cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Attorneys for Defendants
ARMINAK & ASSOCIATES, LLC,
RIEKE-ARMINAK CORPORATION,
DAVID PRITCHETT, WILLIAM D. KENT
(sued as BILL KENT), MARK BOX and
JUDY BARANOWSKI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELGA ARMINAK, an individual; ARMIN ARMINAK, an individual; and ROGER ABADJIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMINAK & ASSOCIATES, LLC, a Delaware limited liability company; RIEKE-ARMINAK CORPORATION, a Delaware Corporation; DAVID PRITCHETT, an individual; BILL KENT, an individual; MARK BOX, an individual; JUDY BARANOWSKI, an individual; and Does 1 through 10, inclusive,<br><br>Defendants. | Case Number: 2:16-cv-03519 JFW (SSx)<br><br>**DEFENDANTS ARMINAK & ASSOCIATES, LLC, RIEKE-ARMINAK CORPORATION, DAVID PRITCHETT, WILLIAM D. KENT, MARK BOX AND JUDY BARANOWSKI'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE (28 U.S.C. § 1404(a))**<br><br>*[Filed Concurrently With Memorandum of Points and Authorities in Support; Declaration of Melissa I. Rubenstein; [Proposed] Order]*<br><br>Date: June 27, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 16<br><br>Complaint Filed: February 16, 2016<br>Case Removed: May 20, 2016<br><br>Honorable John F. Walter |

Case No: 2:16-cv-03519 JFW (SSx)          – 1 –
DEFENDANTS ARMINAK & ASSOCIATES, LLC, RIEKE-ARMINAK CORPORATION, DAVID PRITCHETT,
WILLIAM D. KENT, MARK BOX AND JUDY BARANOWSKI'S NOTICE OF MOTION AND MOTION TO
TRANSFER VENUE (28 U.S.C. § 1404(a))

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS HELGA ARMINAK AND ARMIN ARMINAK AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 27, 2016, at 1:30 p.m., or as soon as the matter can be heard in Courtroom 750 of the United States District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, CA 90012, Defendants Arminak & Associates, LLC, Rieke-Arminak Corporation, David Pritchett, William D. Kent, Mark Box and Judy Baranowski (collectively, "Defendants") will and do move for an Order granting a motion to transfer venue pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York.

Defendants' motion to transfer venue is made on the grounds that there is a valid and enforceable New York forum selection clause to which Plaintiffs Helga Arminak, Armin Arminak and Roger Abadjian voluntarily agreed as an express term of the $110 million sale of their business. *Atl. Marine Const. Co. v. U.S. Dist. Court for W. Dist. of Texas*, 134 S. Ct. 568 (2013). In addition, Plaintiffs' filed this action in violation of the first-to-file rule. *Pacesetter Sys., Inc. v. Medtronic, Inc.*, 678 F.2d 93, 94-95 (9th Cir. 1982). As such, Defendants request this Court to grant their motion and transfer the above-entitled case to the Southern District of New York. Defendants seek a transfer to the Southern District of New York because it is the district court in the county where two actions are currently pending in the Supreme Court of New York between the parties.

///
///
///
///
///

Case No: 2:16-cv-03519 JFW (SSx)          – 1 –
DEFENDANTS ARMINAK & ASSOCIATES, LLC, RIEKE-ARMINAK CORPORATION, DAVID PRITCHETT, WILLIAM D. KENT, MARK BOX AND JUDY BARANOWSKI'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE (28 U.S.C. § 1404(a))

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 23, 2016. This motion is based on this Notice; the Memorandum of Points and Authorities in Support; Declaration of Melissa I. Rubenstein; the complete files and records in this action; matters that may be judicially noticed; and any oral or documentary evidence that may be presented at or before the hearing on this matter.

DATED: May 25, 2016                             REED SMITH LLP

By: /s/ James L. Sanders
James L. Sanders
Carla M. Wirtschafter
Attorneys for Defendants
ARMINAK & ASSOCIATES, LLC, RIEKE-ARMINAK CORPORATION, DAVID PRITCHETT, WILLIAM D. KENT, MARK BOX and JUDY BARANOWSKI

Case No: 2:16-cv-03519 JFW (SSx)              – 2 –
DEFENDANTS ARMINAK & ASSOCIATES, LLC, RIEKE-ARMINAK CORPORATION, DAVID PRITCHETT, WILLIAM D. KENT, MARK BOX AND JUDY BARANOWSKI'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO TRANSFER VENUE (28 U.S.C.A. § 1404(a))