LAW OFFICES OF

# BARRY K. ROTHMAN

1901 AVENUE OF THE STARS
SUITE 370
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 557-0062
TELECOPIER: (310) 557-9080

email: bkr@bkrlegal.com
Barry K. Rothman, Esq. (SBN 47107)
Gordon J. Zuiderweg, Esq. (SBN 83101)

Attorneys for Plaintiffs Helga Arminak
and Armin Arminak

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELGA ARMINAK, an individual; ARMIN ARMINAK, an individual; and ROGER ABADJIAN, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ARMINAK & ASSOCIATES, LLC, a Delaware limited liability company; RIEKE-ARMINAK CORPORATION, a Delaware Corporation; DAVID PRITCHETT, an individual; BILL KENT, an individual; MARK BOX, an individual; JUDY BARANOWSKI, an individual; and Does 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:16-cv-03519-JAK (SSx)<br><br>**NOTICE OF MOTION AND MOTION TO REMAND BY PLAINTIFFS HELGA ARMINAK AND ARMIN ARMINAK ; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [FILED HEREWITH]; DECLARATION OF GORDON J. ZUIDERWEG [FILED HEREWITH]; REQUEST FOR JUDICIAL NOTICE [FILED HEREWITH]; [PROPOSED] ORDER [FILED HEREWITH]**<br><br>Hearing:<br>Date:　　　October 24, 2016<br>Time:　　　8:30 a.m.<br>Courtroom: 750 |

1

NOTICE OF MOTION AND MOTION TO REMAND BY PLAINTIFFS HELGA ARMINAK
AND ARMIN ARMINAK

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on October 24, 2016, at 8:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled court, located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012-3332, in Courtroom 750, before the Honorable John A. Kronstadt, Plaintiffs Helga Arminak and Armin Arminak will move and do hereby move pursuant to 28 U.S.C. §1447(c)-(e) for an order remanding this case to the Los Angeles County Superior Court. This motion is brought on the grounds that there was a defect in the removal process. Specifically, pursuant to 28 U.S.C. §1446(b)(2)(A), all defendants who have been properly joined and served must join in or consent to the removal of the action. At the time of the filing of the notice of removal herein (May 20, 2016), Defendant Mark Box was in default and could not join in or consent to the removal. Further, Defendants Arminak & Associates, LLC, Rieke-Arminak Corporation, Bill Kent, and Judy Baranowski had actively litigated this matter in the Los Angeles County Superior Court and had, thus, waived their right to remove and their right to join or consent to removal. Thus, there was no unanimity of defendants in regard to the removal as required by 28 U.S.C. §1446(b)(2)(A), and the removal herein was, thus, defective.

This Motion is based on this Notice, the Memorandum of Points And Authorities filed herewith, the Declaration of Gordon J. Zuiderweg filed herewith, the Request For Judicial Notice filed herewith, the complete files and records in this action, matters that may be judicially noticed, and any oral or documentary evidence that may be presented at or before the hearing on this Motion.

This motion is made following the conference of counsel pursuant to L.R.

2

NOTICE OF MOTION AND MOTION TO REMAND BY PLAINTIFFS HELGA ARMINAK AND ARMIN ARMINAK

7-3 which took place on May 24, 2016, May 25, 2016, and June 17, 2016.

Dated: June 18, 2014                LAW OFFICES OF BARRY K. ROTHMAN

By_____
Barry K. Rothman, Esq.
Attorneys for Plaintiffs Helga Arminak and Armin Arminak

## PROOF OF SERVICE

I, Gordon J. Zuiderweg, declare as follows:

I am an attorney at law duly licensed to practice before all the courts of the State of California, and I am a member of the Law Offices of Barry K. Rothman, attorneys for Plaintiffs herein. I am over the age of 18 and not a party herein. My business address is the Law Offices of Barry K. Rothman, 1901 Avenue of the Stars, Suite 370, Los Angeles, California 90067.

On June 19, 2016, I deposited in the mail at Los Angeles, California, a true and correct copy of the foregoing NOTICE OF MOTION AND MOTION TO REMAND BY PLAINTIFFS HELGA ARMINAK AND ARMIN ARMINAK in a sealed envelope, with postage prepaid, addressed as set forth below:

James L. Sanders
Carla M. Wirtschafter
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, California 90067-6078

I declare under penalty of perjury under the laws of the State of California and those of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California, on June 19, 2016.

*Gordon J. Zuiderweg*
Gordon J. Zuiderweg, Esq.