James L. Sanders (SBN 126291)
Email:    jsanders@reedsmith.com
Carla M. Wirtschafter (SBN 292142)
Email:    cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Attorneys for Defendants
ARMINAK & ASSOCIATES, LLC,
RIEKE-ARMINAK CORPORATION,
DAVID PRITCHETT, WILLIAM D.
KENT (sued as BILL KENT), MARK
BOX and JUDY BARANOWSKI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELGA ARMINAK, an individual; ARMIN ARMINAK, an individual; and ROGER ABADJIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMINAK & ASSOCIATES, LLC, a Delaware limited liability company; RIEKE-ARMINAK CORPORATION, a Delaware Corporation; DAVID PRITCHETT, an individual; BILL KENT, an individual; MARK BOX, an individual; JUDY BARANOWSKI, an individual; and Does 1 through 10, inclusive,<br><br>Defendants. | Case Number: 2:16-cv-03519 JAK (SSx)<br><br>**SECOND SUPPLEMENTAL DECLARATION OF MELISSA I. RUBENSTEIN IN SUPPORT OF DEFENDANTS ARMINAK & ASSOCIATES, LLC, RIEKE-ARMINAK CORPORATION, DAVID PRITCHETT, WILLIAM D. KENT, MARK BOX AND JUDY BARANOWSKI'S MOTION TO TRANSFER VENUE (28 U.S.C. § 1404(a))**<br><br>Date:  October 3, 2016<br>Time:  8:30 a.m.<br>Place: Courtroom 750<br><br>Honorable John A. Kronstadt |

# SECOND SUPPLEMENTAL DECLARATION OF MELISSA I. RUBENSTEIN

I, Melissa I. Rubenstein, declare that:

1. I am an attorney with the law firm of Reed Smith LLP and am licensed to practice law in the Commonwealth of Pennsylvania and the State of New York. I was counsel of record for Arminak & Associates, LLC ("Arminak") and Rieke-Arminak Corporation ("Rieke") (the "Rieke Parties"), the Plaintiffs in case number 650568/2016 filed in the Supreme Court of the State of New York, New York County (the "First-Filed New York Action") on February 3, 2016 against Defendants Helga Arminak, Armin Arminak, Roger Abadjian, HRA Holding Corporation and NC Holding, LLC (the "Arminak Parties"). I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. This is the third declaration I have submitted in this matter. I am submitting this current declaration to update the Court on the status of the First-Filed New York Action referenced above.

3. As reflected in my earlier Declarations, on April 4, 2016, Helga Arminak, Armin Arminak, HRA Holding Corporation and NC Holding filed case number 651784/2016 in the Supreme Court of the State of New York, New York County ("Second New York Action"). On June 9, 2016, I attended a Preliminary Conference in the Supreme Court of the State of New York, New York County for the Second New York Action. Motty Shulman and Paul Fattaruso of Boies, Schiller and Flexner appeared on behalf of the Arminak Parties who are Defendants in the First Filed New York Action and Plaintiffs in the Second New York Action.[1]

4. At the Preliminary Conference, the Court raised the fact that there are competing actions between the same parties and instructed the Rieke Parties to

---

[1] Roger Abadjian was a Defendant in the First Filed New York Action. However, he is not a Plaintiff in the Second New York Action. I understand from my colleagues in the California Action that Roger Abadjian also dismissed his claims in the California Action.

Case No: 2:16-cv-03519 JAK (SSx)     – 2 –

dismiss the First-Filed New York Action, without prejudice, and to bring any claims asserted in that action as counterclaims in the Second New York Action.

5. On August 17, 2016, the Parties filed a Stipulation of Dismissal Without Prejudice to dismiss the First-Filed New York Action. Attached hereto as **Exhibit A** is a true and correct copy of the Stipulation of Dismissal Without Prejudice filed in the First-Filed New York Action.

6. As reflected in the Stipulation of Dismissal, the dismissal of the First-Filed New York Action (650568/2016) is without prejudice to or waiver of any arguments relating to that action that are available in the still pending Second New York Action (651784/2016), this California Action, or any other action, including arguments that New York action 650568/2016 was the first-filed action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 28, 2016 in Philadelphia, Pennsylvania.

*/s/ Melissa Rubenstein*
Melissa Rubenstein

---

Case No: 2:16-cv-03519 JAK (SSx)     — 3 —

SECOND SUPPLEMENTAL DECLARATION OF MELISSA I. RUBENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE (28 U.S.C. § 1404(a))