UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV16-03382 JAK (SSx)<br>LA CV16-03519 JAK (SSx) | Date | October 3, 2016 |
|---|---|---|---|
| Title | Helga Arminak, et al. v. Arminak and Associates, LLC, et al.<br>Helga Arminak, et al. v. Arminak and Associates, LLC, et al. | | |

---

**Present: The Honorable**   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Barry K. Rothman<br>Gordon J. Zuiderweg | James L. Sanders |

**Proceedings:**   **Case No. LA CV16-03382 JAK (SSx):**

**DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (DKT. 9)**

**Case No. LA CV16-03519 JAK (SSx):**

**DEFENDANTS' MOTION TO TRANSFER VENUE (DKT. 18)**

**PLAINTIFF'S MOTION TO REMAND (DKT. 28)**

**DEFENDANT MARK BOX'S MOTION TO SET ASIDE THE STATE COURT'S ENTRY OF DEFAULT (DKT. 32)**

**PLAINTIFF'S MOTION TO STRIKE MARK BOX'S ANSWER TO COMPLAINT (DKT. 33)**

**Both Cases:**

**STATUS CONFERENCE RE SETTLEMENT**

**STATUS CONFERENCE RE CONSOLIDATION OF CASES**

**JS-6/Consolidated: Case No. LA CV16-03519 JAK (SSx) Only**

The motion hearing is held. The Court states its tentative views that it is inclined to grant in part Defendant's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (the "Motion"), deny Plaintiff's Motion to Remand (the "Remand Motion"), grant Defendant Mark Box's Motion to Set Aside the State Court's Entry of Default (the "Box Motion") and deny Plaintiff's Motion to Strike Mark Box's Answer to Complaint (the "Motion to Strike"). The Court does not state a tentative view

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV16-03382 JAK (SSx)<br>LA CV16-03519 JAK (SSx) | Date | October 3, 2016 |
| Title | Helga Arminak, et al. v. Arminak and Associates, LLC, et al.<br>Helga Arminak, et al. v. Arminak and Associates, LLC, et al. | | |

as to Defendant's Motion to Transfer Venue (the "Venue Motion") and invites argument. Counsel address the Court. The Court takes the Motion, Venue Motion, Remand Motion, Box Motion, and Motion to Strike UNDER SUBMISSION and an order will be issued. The date for any amended complaint will be included in the final ruling.

The status conferences are held. The Court orders the cases consolidated. Case No. LA CV16-03382 JAK (SSx) is deemed the Lead Case. Accordingly, Case No. LA CV16-03519 JAK (SSx) (the "Consolidated Case") is ordered closed. All documents and pleadings shall be filed in the Lead Case only. Counsel shall refrain from filing all documents in the Consolidated Case as of the date of this Order. Moreover, the caption of all documents and pleadings shall bear the Lead Case only with the case number of the Consolidated Case to be the only information listed in the caption, which shall be listed under the case number of the Lead Case.

Counsel report that a global settlement conference involving the related actions pending in New York has not occurred although Plaintiff's counsel reports that counsel have conferred regarding such. Counsel are directed to confer with counsel in the related actions and file a joint report in this action no later than October 13, 2016, which shall address: (i) whether a mediation session with Magistrate Judge Segal or a private neutral would be productive; (ii) the anticipated date of when the parties believe the mediation will be completed; (iii) the names of the parties who have agreed to partake in the mediation; and (iv) whether a final ruling on the submitted motions would be productive before or after settlement efforts have been completed.

**IT IS SO ORDERED.**

|  | : | 24 |
|---|---|---|
| Initials of Preparer | ak | |